UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

LEAF FUNDING, INC.,

                    Plaintiff,         ENTRY OF DEFAULT

      v.                            07-cv-589-jcs

COOL EXPRESS OF WISCONSIN, INC.,
MELODY J. WESSELS, D&D
CONSTRUCTION LLC, SOUTHERN
WISCONSIN DIESEL & TRAILER REPAIR
INC., POLAR EXPRESS & COLD STORAGE
INC., ELAINE WESSELS, DARRELL L.
WESSELS and DANNY D. WESSELS,

                    Defendant.

---

      The Clerk of Court for the United States District Court for the Western District of Wisconsin having reviewed the record notes that the defendants in the above-captioned matter, Cool Express of Wisconsin, Inc., Melody J. Wessels, Southern Wisconsin Diesel & Trailer Repair Inc., Elaine Wessels, Darrell L. Wessels and Danny D. Wessels, have failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure. Plaintiff has not filed a motion for entry of default judgment against defendants D&D Construction LLC or Polar Express & Cold Storage Inc.

      The Clerk hereby enters the default of defendants Cool Express of Wisconsin, Inc., Melody J. Wessels, Southern Wisconsin Diesel & Trailer Repair Inc., Elaine Wessels, Darrell L. Wessels and Danny D. Wessels pursuant to Rule 55(a) of the Fed. R. Civ. P.

      Dated this 24th day of January, 2008.

                                                        /s/
                                                     Theresa M. Owens
                                                     Clerk of Court