IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

|                                         |   |                    |
|-----------------------------------------|---|--------------------|
| LEAF FUNDING, INC.,                     | ) |                    |
|                                         | ) |                    |
|                     Plaintiff,          | ) |                    |
|                                         | ) |                    |
|         v.                              | ) | Case No. 07-cv-589 |
|                                         | ) |                    |
| COOL EXPRESS OF WISCONSIN, INC., et al.,| ) |                    |
|                                         | ) |                    |
|                     Defendants.         | ) |                    |

_____

DEFAULT JUDGMENT
_____

The defendants, Cool Express of Wisconsin, Inc. and Southern Wisconsin Diesel & Trailer Repair, Inc., having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff that defendant Cool Express of Wisconsin, Inc. is indebted to plaintiff in the principal sum of $7,809.00 plus interest, and that defendant Southern Wisconsin Diesel & Trailer Repair, Inc. is indebted to plaintiff in the principal sum of $127,657.15 plus interest; it is hereby

ORDERED that plaintiff LEAF Funding, Inc. recover from defendant Cool Express of Wisconsin, Inc. the sum of $7,809.00 plus court costs and interest according to law from the date of this judgment until the entire amount is paid;  and

ORDERED that plaintiff LEAF Funding, Inc. recover from defendants Cool Express of Wisconsin, Inc. and Southern Wisconsin Diesel & Trailer Repair, Inc., jointly and severally, the sum of $127,657.15 plus court costs and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the clerk at the request of plaintiff, in accordance with Rule 55 of the Federal Rules of Civil Procedure.

Dated this 9th day of December, 2008.

Peter Oppeneer
Clerk of Court

By: s/Lynn Kamke
Deputy Clerk of Court