UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

LEAF FUNDING, INC.,

          Plaintiff,

v.                                            Case No. 07-C-0589-S

COOL EXPRESS OF WISCONSIN, INC.,
MELODY J. WESSELS, SOUTHERN
WISCONSIN DIESEL & TRAILER REPAIR, INC.,
ELAINE WESSELS, DARRELL L. WESSELS,
DANNY D. WESSELS, and DIRECT CAPITAL CORP.,

          Defendants.

---

ORDER FOR CONDITIONAL DISMISSAL

---

The parties having entered into the Stipulation filed with the Court on February 19, 2009, and the same being approved by the Court;

NOW, THEREFORE, IT IS ORDERED:

1.    That this action is hereby dismissed without prejudice.

2.    Pursuant to the foregoing stipulation, in the event that the Defendant Direct Capital Corporation does not make payment to Plaintiff as stipulated to above, Plaintiff will be entitled to a judgment against Defendant Direct Capital Corporation for $132,547.43,

less any payments previously made, without further notice to Defendant Direct Capital Corporation.

Dated this 19th day of February, 2009.

BY THE COURT:

*Barbara B. Crabb*
Honorable Barbara B. Crabb
District Judge